IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: PETER CORRENTE, | : | Chapter 7 |
| | : | 5:09-BK-06494-JJT |
| Debtor. | : | |

| | | |
|---|---|---|
| WILLIAM G. SCHWAB, ESQ., Trustee for Peter Corrente, | : : : | |
| | : | 3:11-CV-02179 |
| Appellant, | : : | (JUDGE MARIANI) (APPEAL FROM BANKRUPTCY COURT) |
| v. | : | |
| | : | |
| LPS FIELD SERVICES, INC., | : : | |
| Appellee. | : | |

**ORDER**

FILED
SCRANTON
NOV 20 2014
PER _____
DEPUTY CLERK

**AND NOW, THIS 20TH DAY OF NOVEMBER, 2014**, upon consideration of Plaintiff William Schwab, as Trustee for the Bankruptcy Estate of Peter Corrente's, Appeal from the Bankruptcy Court's Order of October 13, 2011, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Appeal is **DENIED**.

2. The Bankruptcy Court's decision is **AFFIRMED**.

3. The case is **REMANDED** to the Bankruptcy Court so that Plaintiff may file an amended complaint and for any further proceedings consistent with this Opinion.

Robert D. Mariani
United States District Judge